United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16704-sr
Tyrone Brunson                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Apr 20, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
db             +Tyrone Brunson,    220 Blanchard Road,    Drexel Hill, PA 19026-2807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Tyrone  Brunson brad@sadeklaw.com
      DENISE ELIZABETH CARLON    on behalf of Creditor   Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      MARIO J. HANYON    on behalf of Creditor   JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Specialized Loan Servicing LLC pa.bkecf@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                   TOTAL: 8

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tyrone Brunson | : | |
| | : | Bankruptcy Case No.: 16-16704SR |
| | : | |

## CONSENT ORDER BY AND BETWEEN TYRONE BRUNSON AND PENNSYLVANIA HOUSING FINANCE AGENCY

WHEREAS, on February 16th, 2017 Pennsylvania Housing Finance Agency filed Proof of Claim Number 5, representing a second mortgage on the Debtor's residence. Per the filed Claim, as of the date of the filing of the bankruptcy petition, the claim amount due was $41,822.08.

WHEREAS, on December 23rd, 2016 Debtor's first mortgage holder, Specialized Loan Servicing filed Proof of claim Number 4, in the amount of $152,231.91.

WHEREAS, the parties hereto, have agreed as to stipulate to the following:

1. The value of the Debtor's residence, which is known as and located at 220 Blanchard Road, Drexel Hill, PA 19026 ("the property") is $85,500.00.

2. For purposes of avoiding the additional cost of litigation, only and without admitting any liability, the parties agree that the value of the residential property at issue is $85,500.00, and the second mortgage in the amount of $41,822.08 held by Pennsylvania Housing Finance Agency is wholly unsecured after the first mortgage lien is considered.

3. Upon the completion of the Debtors' Chapter 13 Plan payments and the entry of a Discharge Order, Pennsylvania Housing Finance Agency, its successors and/or assigns shall release its lien on the property by filing the requisite release with the recorder of deeds office. Following entry of a discharge order, PHFA will execute a release of its lien within a reasonable amount of time. Upon execution, PHFA will provide the executed release to the debtor to record in the office of the Recorder of Deeds.

4.  Should the Bankruptcy be dismissed for any reason whatsoever, or should this case be converted to a Chapter 7, this Stipulation shall be null and void and the original terms of the Mortgage and Note, shall be in effect.

STIPULATED AND AGREED TO BY:

_____          Date: 4/19/17
Brad J. Sadek, Esq.
Counsel for Michael Cole & Chelon Phillips-Cole

_____          Date: 4/18/17
Jada Greenhowe, Esq.
Counsel for Pennsylvania Housing Finance Agency

On this 20th day of April, 2017, approved by the Court.

_____
Bankruptcy Judge Stephen Raslavich