United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tyrone Brunson  
       Debtor

Case No. 16-16704-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: May 25, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.  
db          +Tyrone Brunson,    220 Blanchard Road,    Drexel Hill, PA 19026-2807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:  
       BRAD J. SADEK    on behalf of Debtor Tyrone  Brunson brad@sadeklaw.com  
       DENISE ELIZABETH CARLON    on behalf of Creditor   Toyota Motor Credit Corporation  
        bkgroup@kmllawgroup.com  
       FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       JEROME B. BLANK     on behalf of Creditor     Specialized Loan Servicing LLC paeb@fedphe.com  
       MARIO J. HANYON     on behalf of Creditor    JPMorgan Chase Bank, National Association  
        paeb@fedphe.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation  
        bkgroup@kmllawgroup.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Specialized Loan Servicing LLC pa.bkecf@fedphe.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                 TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tyrone Brunson <br> _Debtor_ | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 16-16704 SR |
| Tyrone Brunson <br> _Debtor_ | |
| Frederick L. Reigle <br> _Trustee_ | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages referenced in the motion have been cured, and as of April 5, 2017, Debtor(s) is/are current on post-petition loan payments through April 2017, with $5.79 (5 dollars and 79 cents) held by Movant in suspense on said date.

2. Debtor(s) shall maintain post-petition contractual monthly loan payments due to Movant going forward, beginning with the payment due May 28, 2017 in the amount of $289.47.

3. In the event that the payments under Section 2 above are not tendered, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtor(s) may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall thereupon enter an Order granting the Movant immediate relief from the automatic stay, waiving the stay provided by Bankruptcy Rule 4001(a)(3), which the parties hereby agree to waive.

4. The stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to any Court Order approving of this stipulation and/or ordering relief per the terms agreed upon herein.

5. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the vehicle and applicable law.

8. The parties agree that a facsimile signature on this document shall be considered an original signature.

Date: May 5, 2017        By: /s/ Matteo S. Weiner, Esquire
                             Matteo S. Weiner, Esquire
                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322; FAX (215) 627-7734
                             Attorneys for Debtor

Date: 5/9/17

                             Brad J. Sadek, Esquire
                             Attorney for Debtor

Approved by the Court this 25th day of May, 2017. However, the court retains discretion regarding entry of any further order.

                             Bankruptcy Judge
                             Stephen Raslavich

Date: 5/22/17

                             Frederick L. Reigle
                             Chapter 13 Trustee