# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
TYRONE BRUNSON
A/K/A TYRONE C. BRUNSON
KAREN BRUNSON (NON-FILING CO-DEBTOR)

**Debtors**

CHAPTER 13

BK. No. 16-16704 SR

## ORDER

AND NOW, this        day of              , 2017, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Dated: August 30, 2017**

**STEPHEN RASLAVICH**,
**Bankruptcy Judge**

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

KAREN BRUNSON
220 BLANCHARD ROAD
DREXEL HILL, PA 19026-2807

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 302
PHILADELPHIA, PA 19107

TYRONE C. BRUNSON
220 BLANCHARD ROAD
DREXEL HILL, PA 19026-2807

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107