Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-16704-AMC

TYRONE BRUNSON  
220 BLANCHARD ROAD  
DREXEL HILL  PA    19026

Petition Filed Date: 09/22/2016  
341 Hearing Date: 12/16/2016  
Confirmation Date: 06/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | $338.00 | 25180090615 | 02/13/2019 | $338.00 | 25432024735 | 03/26/2019 | $338.00 | 25761012232 |
| 04/22/2019 | $338.00 | 25761022031 | 05/21/2019 | $338.00 | 25859401380 | 06/19/2019 | $338.00 | 25859417207 |
| 07/31/2019 | $338.00 | 25950136871 | 09/11/2019 | $338.00 | 26214826296 | 10/28/2019 | $338.00 | 26073314796 |
| 12/03/2019 | $338.00 | 26214842204 | 12/26/2019 | $338.00 | 26214841743 | 01/31/2020 | $500.00 | 26277996734 |
| 01/31/2020 | $442.00 | 26214851564 | 01/31/2020 | $500.00 | 26214852093 | 02/28/2020 | $338.00 | 26214857548 |
| 03/27/2020 | $338.00 | 26214864546 | 05/06/2020 | $338.00 | 26544648295 | 05/27/2020 | $338.00 | 26611429138 |

**Total Receipts for the Period: $6,512.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,292.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PACCAR FINANCIAL CORPORATION<br>»» 001 | Unsecured Creditors | $39,575.72 | $0.00 | $39,575.72 |
| 5 | PHFA-HEMAP<br>»» 005 | Unsecured Creditors | $41,822.08 | $0.00 | $41,822.08 |
| 4 | SPECIALIZED LOAN SERVICING LLC<br>»» 004 | Mortgage Arrears | $15,001.32 | $10,174.07 | $4,827.25 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BRAD J SADEK ESQ<br>»» 006 | Attorney Fees | $2,878.50 | $2,878.50 | $0.00 |

Chapter 13 Case No. 16-16704-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,292.00 | Current Monthly Payment: | $338.00 |
| Paid to Claims: | $13,052.57 | Arrearages: | $680.00 |
| Paid to Trustee: | $1,239.43 | Total Plan Base: | $19,704.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.