| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-16704-AMC**

TYRONE BRUNSON
220 BLANCHARD ROAD
DREXEL HILL  PA    19026

Petition Filed Date: 09/22/2016
341 Hearing Date: 12/16/2016
Confirmation Date: 06/07/2017

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $500.00 | 26277996734 | 01/31/2020 | $442.00 | 26214851564 | 01/31/2020 | $500.00 | 26214852093 |
| 02/28/2020 | $338.00 | 26214857548 | 03/27/2020 | $338.00 | 26214864546 | 05/06/2020 | $338.00 | 26544648295 |
| 05/27/2020 | $338.00 | 26611429138 | 08/26/2020 | $338.00 | 26881138451 | 10/07/2020 | $338.00 | 26671129312 |
| 10/16/2020 | $338.00 | 19163871581 | 10/21/2020 | $338.00 | 26671134756 | 11/03/2020 | $338.00 | 26671135713 |
| 01/05/2021 | $338.00 | 26671147301 | 01/05/2021 | $338.00 | 26671147312 | 01/27/2021 | $338.00 | 27227753662 |
| 03/23/2021 | $338.00 | 27222288142 | 03/23/2021 | $338.00 | 27222288131 | 05/04/2021 | $338.00 | 27224693313 |

**Total Receipts for the Period: $6,512.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,010.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PACCAR FINANCIAL CORPORATION<br>»» 001 | Unsecured Creditors | $39,575.72 | $0.00 | $39,575.72 |
| 5 | PHFA-HEMAP<br>»» 005 | Unsecured Creditors | $41,822.08 | $0.00 | $41,822.08 |
| 4 | SPECIALIZED LOAN SERVICING LLC<br>»» 004 | Mortgage Arrears | $15,001.32 | $13,611.53 | $1,389.79 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BRAD J SADEK ESQ<br>»» 006 | Attorney Fees | $2,878.50 | $2,878.50 | $0.00 |

**Chapter 13 Case No. 16-16704-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,010.00 | Current Monthly Payment: | $338.00 |
| Paid to Claims: | $16,490.03 | Arrearages: | $342.00 |
| Paid to Trustee: | $1,519.97 | Total Plan Base: | $19,704.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.