United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-16704-amc

Tyrone Brunson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Dec 21, 2021     Form ID: 138OBJ     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyrone Brunson, 220 Blanchard Road, Drexel Hill, PA 19026-2807 |
| 13802779 | + | JPMorgan Chase Bank, National Association, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 13795820 | + | Mid America Bank & Trust, 121 Continental Dr, Ste 1, Newark, DE 19713-4325 |
| 13795821 | + | Office of Attorney General, Collections Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 13841038 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14557532 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13795825 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, P.O. Box 636005, Littleton, CO 80163-6005 |
| 13795827 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408 |
| 13795826 | + | Township of Upper Darby, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 13812041 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 21 2021 23:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2021 23:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13804338 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 21 2021 23:22:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13795819 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 21 2021 23:22:00 | AmeriCredit/GM Financial, P.O. Box 183853, Arlington, TX 76096-3853 |
| 13795822 | + | Email/Text: blegal@phfa.org | Dec 21 2021 23:22:00 | PA Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 13802878 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Dec 21 2021 23:22:00 | PACCAR Financial Corp., Attn: Linda Markle, BK Specialist, P.O. Box 1518, Bellevue, WA 98009-1518 |
| 13795823 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Dec 21 2021 23:22:00 | Paccar Financial, 240 Gibraltar Rd Ste 400, Horsham, PA 19044 |
| 13867712 | | Email/Text: blegal@phfa.org | Dec 21 2021 23:22:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17101 |
| 13795824 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2021 23:21:28 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |

Case 16-16704-amc    Doc 85    Filed 12/23/21    Entered 12/24/21 00:32:35    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: 138OBJ | Total Noticed: 20 |

| 13795827 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
|---|---|---|---|
| | | Dec 21 2021 23:22:00 | Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13814235 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Tyrone Brunson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| JAMES P. SHAY | on behalf of Creditor Specialized Loan Servicing LLC james.shay@phelanhallinan.com |
| JEROME B. BLANK | on behalf of Creditor Specialized Loan Servicing LLC paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor JPMorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Specialized Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tyrone Brunson
      Debtor(s)

Case No: 16−16704−amc
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/21/21